1  TIMOTHY T. HUBER (99800)
   LAW OFFICES OF TIMOTHY T. HUBER
2  4364 Town Center Blvd Suite 218
   El Dorado Hills, CA 95762
3  Tel.:916.358.8830
   Fax: 916.404.5705
4  timothyhuber@sbcglobal.net

5  MARK B. DICKOW (P36434)
   MARK B. DICKOW, P.C.
6  370 E. Maple Rd. 3rd Fl.
   Birmingham, MI 48009
   Tel: 248-530-0762
7  mbd@dickowlaw.com

8  Attorneys for Plaintiff
   STACEY SABOL-KRUTZ

9

10 JACKSON LEWIS P.C.
   DALE R. KUYKENDALL (SBN148833)
11 801 K Street, Suite 2300
   Sacramento, California  95814
   Telephone:    (916) 341-0404
12 Facsimile:    (916) 341-0141
   Kuykendd@jacksonlewis.com

13
   MARLO JOHNSON ROEBUCK (P65640)
14 JACKSON LEWIS P.C.
   2000 Tower Center
   Suite 1650
15 Southfield, MI 48075
   RoebuckM@jacksonlewis.com

16 Attorneys for Defendant
   QUAD ELECTRONICS, INC. D/B/A CABLCON

17                        UNITED STATES DISTRICT COURT

18                        EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19  STACEY SABOL-KRUTZ | CASE NO.: 2:15-CV-00201-MCE-AC |
| 20              PLAINTIFF, | **STIPULATION AND ORDER TO TRANSFER ACTION TO U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION** |
| 21              VS. | |
| 22  QUAD ELECTRONICS, INC. D/B/A CABLCON, | |
| 23 | |

STIPULATION AND ORDER TO TRANSFER - 1

A MICHIGAN CORPORATION,

    DEFENDANT.

    Plaintiff STACEY SABOL-KRUTZ, and Defendant Quad Electronics, Inc. d/b/a Cablcon by and through their respective attorneys of records, and hereby stipulate and consent that this matter may be transferred to the U.S. District Court for the Eastern District of Michigan, Southern Division, pursuant to 28 U.S.C. § 1404(a) as a more convenient forum.

    Respectfully submitted,

Dated: Sept. 9, 2015        LAW OFFICES OF TIMOTHY T. HUBER

                                    By: */s/ Timothy T. Huber*
                                           TIMOTHY T. HUBER
                                           Attorney for Plaintiff
                                           STACY SABOL-KRUTZ

Dated: Sept. 9, 2015        JACKSON LEWIS P.C.

                                           By: */s/ Dale R. Kuykendall*
                                           DALE R. KUYKENDALL
                                           JEANETTE R. YOUNGBLOOD
                                           Attorneys for Defendant
                                         QUAD ELECTRONICS, INC. D/B/A
                                                       CABLCON

ORDER

Based on the stipulation of the parties and their consent to transfer, for good cause shown, IT IS HEREBY ORDERED that this action shall be transferred to the United States District Court for the Eastern District of Michigan, Southern Division pursuant to 28 U.S.C. § 1404(a).

IT IS SO ORDERED.

Dated:  September 18, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER TO TRANSFER - 3